IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN A. MARTIN,<br><br>   Plaintiff,<br><br>v.<br><br>DERRAL G. ADAMS, et al.,<br><br>   Defendants. | Case No. 1:10-cv-01153 AWI-JLT (PC)<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH THE COURT'S ORDER**<br><br>(Doc. 10). |

   Plaintiff, Steven Martin, is a state prisoner proceeding pro se and in forma pauperis with a civil action pursuant to 42 U.S.C. § 1983. On May 8, 2012, this Court issued Findings and Recommendations to dismiss Plaintiff's Complaint, as Plaintiff had failed to file his First Amended Complaint ("FAC") within the time frame ordered by the Court. (Doc. 9). Three days later, Plaintiff filed his First Amended Complaint. (Doc. 11).

   On its own motion, the Court hereby ORDERS the Findings and Recommendations issued May 8, 2012 (Doc. 10) VACATED. The Court will screen Plaintiff's FAC in due course.

IT IS SO ORDERED.

   Dated:   **May 24, 2012**                              /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE

1