IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN A. MARTIN,<br><br>                    Plaintiff,<br><br>    v.<br><br>DERRAL G. ADAMS, et al.,<br><br>                    Defendants. | Case No. 1:10-cv-01153 AWI-JLT (PC)<br><br>ORDER REQUIRING PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION TO EFFECTUATE SERVICE OF PROCESS TO DEFENDANT J.NORA (AKA J. MORA)<br><br>(Doc. 21) |

On June 11, 2012, the Court directed the United States Marshal to serve Defendant J. Nora (aka J. Mora) the summons and complaint. (Doc. 17). On January 9, 2013, the summons was returned unexecuted. (Doc. 21). The Marshal reported that the CSP Corcoran had no record of an employee by the name of J. Nora or J. Mora. (Doc. 21 at 1).

**ORDER**

Accordingly, it is **HEREBY ORDERED** that within 14 days from the date of this order, Plaintiff **SHALL** provide additional information as to where Defendants J. Nora or Mora may be served.

///

///

///

**Plaintiff is advised that his failure to comply with the Court's order, will result in a recommendation that the matter be dismissed as to Defendant Nora aka Mora pursuant to Rule 4(m). Because this is the only named Defendant, this would result in termination of this matter.**

IT IS SO ORDERED.

Dated:  **January 10, 2013**                           /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE