IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN A. MARTIN,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DERRAL G. ADAMS, et al.,<br><br>　　　　　　　　Defendants. | Case No. 1:10-cv-01153 AWI-JLT (PC)<br><br>ORDER TO SHOW CAUSE WHY THE MATTER SHOULD NOT BE DISMISSED FOR FAILING TO PROVIDE ADDITIONAL INFORMATION TO EFFECTUATE SERVICE OF PROCESS ON DEFENDANT J.NORA (AKA J. MORA)<br><br>(Doc. 21) |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On June 11, 2012, the Court directed the United States Marshal to serve Defendant J. Mora (aka J. Mora) the summons and complaint. (Doc. 17). On January 9, 2013, the summons was returned unexecuted. (Doc. 21). The Court then issued an Order requiring Plaintiff to provide additional information to effectuate service of process to Defendant J. Nora (aka J. Mora) by January 24, 2012. (Doc. 22). Despite the Court's order, Plaintiff has failed to provide this Court with any additional information.

　　　　Accordingly, it is HEREBY ORDERED that **within 14 days** from the date of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute or follow the Court's Order. Alternatively, if Plaintiff chooses to proceed with this action, he SHALL, **within the same 14-day period**, provide this Court with additional information as to where Defendant J. Nora or Mora may be served.

　　　　**Plaintiff is advised that his failure to comply with the Court's order, will result in a**

1

**recommendation that the matter be dismissed pursuant to Rule 4(m).  Because J. Mora or J. Nora is the only Defendant, such a recommendation would result in termination of this matter.**

IT IS SO ORDERED.

   Dated:   **January 28, 2013**                             /s/ Jennifer L. Thurston
                                                                               UNITED STATES MAGISTRATE JUDGE