1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11  STEVEN A. MARTIN,

12              Plaintiff,

13      v.

14  DERRAL G. ADAMS, et. al,

15              Defendants.

16  _____

17

)  Case No.: 1:10-cv-01153 – AWI- JLT (PC)
)
)  FINAL ORDER TO SHOW CAUSED WHY THE
)  MATTER SHOULD NOT BE DISMISSED FOR
)  FAILING TO PROVIDE ADDITIONAL
)  INFORMATION TO EFFECTUATE SERVICE OF
)  PROCESS ON DEFENDANT J. NORA (AKA J.
)  MORA)
)
)  (Doc. 25).

18        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action

19  pursuant to 42 U.S.C. § 1983.  On June 11, 2012, the Court directed the United States Marshal to serve

20  Defendant J. Nora (aka J. Mora) the summons and complaint. (Doc. 17).   On January 9, 2013, the

21  summons was returned unexecuted. (Doc. 21). The Court then issued an Order requiring Plaintiff to

22  provide additional information to effectuate service of process to Defendant J. Nora (aka J. Mora) by

23  January 24, 2012. (Doc. 22).

24        On January 30, 2013, Plaintiff requested and extension of time to provide the Court with

25  additional service information for Defendant J. Nora (aka J. Mora). (Doc. 24).  Plaintiff explained that

26  he had submitted CDCR Form 22 requesting an interview for the purpose of ascertaining the name of

27  the officer responsible for packing Plaintiff's property. Id.  The Court granted Plaintiff thirty (30) days

28  from February 4, 2013, in which to provide the Court the required information. (Doc. 25).

1

As more than thirty (30) days have passed since service of Order, dated February 4, 2013 (Doc. 25), it is **HEREBY ORDERED** that **within 14 days** from the date of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute or follow the Court's Order. Alternatively, if Plaintiff chooses to proceed with this action, he SHALL, **within the same 14-day period**, provide this Court with additional information as to where Defendant J. Nora (aka J. Mora) may be served.

The Court notes that Plaintiff has been given a <u>significant amount of time</u> in which to provide the Court with additional information as to where Defendant J. Nora (aka J. Mora) may be served, but he has failed to do so.  **Therefore, <u>Plaintiff is advised that his failure to comply with the Court's final order to show cause will result in a recommendation that the matter be dismissed pursuant to Rule 4(m). Because J. Mora or J. Nora is the only Defendant, such a recommendation would result in termination of this matter.</u>**

IT IS SO ORDERED.

Dated:   __**March 23, 2013**__            _____**/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE

2