UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN A. MARTIN,<br><br>           Plaintiff,<br><br>     v.<br><br>DERRAL G. ADAMS, et al.,<br>           Defendants. | Case No.: 1:10-cv-01153 – AWI – JLT (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO DISMISS AS MOOT<br>(Doc. 27)<br><br>ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE INITIAL RESPONSIVE PLEADING<br>(Doc. 35) |

Plaintiff Steven A. Martin ("Plaintiff") is a state prisoner proceeding *pro se* with a civil rights action pursuant to 42 U.S.C. § 1983. At present, defense counsel appears on behalf of Defendant J. Mora and requests additional time to file a responsive pleading. (Docs. 34 and 35). Defense counsel requests up to, and including September 18, 2013, to file a responsive pleading. (Doc. 35 at 1).

Defense counsel reports that she was retained as defense counsel on August 15, 2013. (Doc. 35-1 at 1). She further indicates that she requires additional time to investigate the matter, and is currently requesting documents from Corcoran State Prison and Centinela State Prison for that purpose. Id. at 2. She indicates that this extension of time would not prejudice Plaintiff. Id. As Defendant J. Mora demonstrates **GOOD CAUSE** for his request for extension of time, the request is **GRANTED.**

1

In addition, the appearance of Defendant J. Mora moots Plaintiff's motion to dismiss the complaint filed on April 10, 2013. (Doc. 27).  In his motion to dismiss, Plaintiff essentially sought to dismiss the present matter for the sole purpose of ascertaining the whereabouts of Defendant J. Mora. *See* Id.  The Court deferred ruling on the matter, as it requested the Legal Affairs Division of the CDCR to assist Plaintiff in obtaining the information. (Doc. 28).  Thus, Plaintiff's motion to dismiss is **DENIED as moot.**

**ORDER**

Accordingly, the Court **HEREBY ORDERS** that:

**1.** Plaintiff's motion to dismiss (Doc. 27) is **DENIED as moot;** and

**2.** Defendant J. Mora's motion for 30-day extension of time to file initial responsive pleading is **GRANTED**.  Defendant J. Mora shall have up to, and including, **September 18, 2013**, to file his initial responsive pleading.

IT IS SO ORDERED.

Dated:   **August 22, 2013**              /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE