1

2

3

4

5

6

7

8 # UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 STEVEN A. MARTIN,

12         Plaintiff,

13     v.

14 ADAMS, et al.,

15         Defendants.

**Case No.  1:10-cv-01153-AWI-JLT (PC)**

**SECOND AMENDED DISCOVERY AND SCHEDULING ORDER**

Deadline to Amend Pleadings - 11/09/2014
Discovery Cut-Off Date - 01/13/2015
Dispositive Motion Deadline - 05/13/2015

16

17     The prior Amended Discovery and Scheduling Order contained an error caused by a

18 computerized technical error in auto-population of deadline dates which delineated the dispositive

19 motion filing deadline as November 13, 2014, when it should have been May 13. 2015.  Thus,

20 this order is issued to correct that error.  Fed. R. Civ. Pro. 60(b).

21     Pursuant to Federal Rules of Civil Procedure 1, 16, and 26-36, discovery shall proceed as

22 follows.

23     1.  Discovery requests shall be served by the parties pursuant to Federal Rule of Civil

24 Procedure 5 and Local Rule 135 and shall only be filed when required by Local Rules 250.2,

25 250.3, and 250.4.

26     2.  Responses to written discovery requests shall be due 45 days after the request is first

27 served.

28     3.  Responses to document requests shall include all documents within a party's

1

1   possession, custody, or control.  Federal Rule of Civil Procedure 34(a)(1).  Documents are

2   deemed within a party's possession, custody, or control if the party has actual possession,

3   custody, or control thereof, or the legal right to obtain the property on demand.

4        4.  The parties are limited to 25 interrogatories as permitted by Federal Rule of Civil

5   Procedure 33, 25 requests for admission made according to Federal Rule of Civil Procedure 36,

6   and 25 requests to produce made according to Federal Rule of Civil Procedure 34.  The parties

7   are required to act in good faith during the course of discovery and are reminded that failure to do

8   so may result in the imposition of sanctions.

9        5.  To ensure that the responding party has 45 days after the request is first served to

10   respond, discovery requests must be served at least 45 days before the discovery deadline.  The

11   parties may wish to serve discovery requests well in advance of the discovery deadline because

12   all motions to compel must be filed on or before the discovery deadline.

13        6.  Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), Defendants may depose

14   Plaintiff and any other witness confined in a prison upon condition that, at least 14 days before

15   such a deposition, Defendants serve all parties with the notice required by Federal Rule of Civil

16   Procedure 30(b)(1).

17        7.  If disputes arise about the parties' obligations to respond to requests for discovery, the

18   parties shall comply with all pertinent rules including Rules 5, 7, 11, 26, and 37 of the Federal

19   Rules of Civil Procedure and Rules 110, 130, 131, 133, 135, 142, 144, and 230(l) of the Local

20   Rules of Practice for the United States District Court, Eastern District of California.  Unless

21   otherwise ordered both Local Rule 251 and the requirement set forth in Federal Rules of Civil

22   Procedure 26 and 37 that a party seeking relief from the court certify that he or she has in good

23   faith conferred or attempted to confer with the other party or person in an effort to resolve the

24   dispute prior to seeking court action shall not apply.  However, voluntary compliance with this

25   provision of Rules 26 and 37 is encouraged.  A discovery motion that does not comply with all

26   applicable rules will be stricken and may result in imposition of sanctions.

27   / / /

28   / /

Further:

8.  The deadline for amending the pleadings is November 9, 2013;[1]

9.  The parties are advised that the deadline for the completion of all discovery, including filing motions to compel, is January 13, 2015;

10.  The deadline for filing pre-trial dispositive motions is May 13, 2015;[2]

11.  **A request for an extension of a deadline set in this order must be filed on or before the expiration of the deadline in question**; and

12.  **Extensions of time will only be granted on a showing of good cause**.

IT IS SO ORDERED.

Dated:   **July 18, 2014**                          **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] This date does not allow any party to unilaterally file an amended pleading.  Rather, any such amended pleadings must comply with all applicable Federal Rules of Civil Procedure (i.e. Rule 15) and Local Rules (i.e. Local Rule 220).

[2] Motions for failure to exhaust must be filed under Rule 56 of the Federal Rules of Civil Procedure on or before the deadline for dispositive motions.  See Albino v. Baca, No. 10-55702, 2014 WL 1317141, at *1, 4 (9th Cir. Apr. 3, 2014) (en banc).