# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN A. MARTIN,<br><br>        Plaintiff,<br><br>    v.<br><br>ADAMS, et al.,<br><br>        Defendants.<br>_____ / | **Case No. 1:10-cv-01153-AWI-JLT (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S REQUEST FOR INJUNCTIVE RELIEF**<br><br>**(Docs. 57, 66)** |

Plaintiff, Steven A. Martin, is a state prisoner who is currently proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 18, 2014, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and contained notice that objections were to be filed within thirty days with which Plaintiff complied. (Docs. 66, 68.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 18, 2014 (Doc. 66), is adopted in full; and

2. Plaintiff's requests for an order directing action by Warden Miller, filed June 9, 2014 (Doc. 57), is DENIED with prejudice for lack of jurisdiction.

IT IS SO ORDERED.

Dated:   September 4, 2014

SENIOR DISTRICT JUDGE

2