1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

EASTERN DISTRICT OF CALIFORNIA

10

11   STEVEN A. MARTIN,                                Case No. 1:10-cv-01153-AWI-JLT (PC)

12          Plaintiff,                                 ORDER STRIKING SURREPLY

13          v.

                                                      (Doc.72)
14   ADAMS, et al.,

15          Defendants.

16          Plaintiff, Steven A. Martin, a state prisoner proceeding pro se and in forma pauperis, filed

17   this civil rights action pursuant to 42 U.S.C. § 1983 on June 25, 2010.  This action is proceeding

18   on Plaintiff's First Amended Complaint against Defendant J. Mora on Plaintiff's retaliation claim.

19          On June 20, 2014, Defendants filed a motion to revoke Plaintiff's IFP status.  (Doc. 59.)

20   Plaintiff filed an opposition o which Defendant replied.  (Docs. 67, 70.)  Defendant's motion was

21   deemed submitted pursuant to Local Rule 230(m) on August 25, 2014.  However, on September 8,

22   2014, Plaintiff filed a surreply.  Plaintiff does not have a right to file a surreply under the Local

23   Rules or the Federal Rules of Civil Procedure and Plaintiff did not obtain leave of court to do so.

24   Therefore, Plaintiff's surreply (Doc. 72) is **ORDERED STRICKEN**.

25

26   IT IS SO ORDERED.

27      Dated:    **October 2, 2014**              _____**/s/ Jennifer L. Thurston**_____
                                                    UNITED STATES MAGISTRATE JUDGE
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28