UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN A. MARTIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DERRAL G. ADAMS, et al.<br><br>　　　　Defendants. | Case No. 1:10-cv-1153-AWI-JLT<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS THIS ACTION WITH PREJUDICE** |

　　　　The parties have filed a joint stipulation to dismiss this action with prejudice. <u>See</u> Doc. No. 77.  The body of the stipulation dismisses Defendant J. Mora. <u>See</u> <u>id.</u> As suggested by the title of the stipulation, Defendant J. Mora is the sole remaining defendant.  Based on the voluntary dismissal with prejudice of the only remaining defendant under Rule of Civil Procedure 41(a)(1), this case has terminated.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. Defendant J. MORA is hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), each party to bear their own fees and costs; and

2. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:　November 12, 2014　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

C:\Users\Wetters-D\Desktop\Proposed Order ISO Joint Stipulation to Dismiss.doc

- 1 -

1:10-CV-01153-AWI-JLT
PROPOSED ORDER